# Court of Appeals of the State of Georgia

ATLANTA, April 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1275. IN RE: ESTATE OF EDWARD H. WILLIAMS, DECEASED.

This dispute arises from the probate of the will of Edward H. Williams. Amy Ray and Christine Davis, two of the three co-executors of Williams's estate (the "Estate"), filed a petition for removal of the third co-executor, Glenda Faye Williams, in the Whitfield County Probate Court. The probate court issued an order denying the petition and ordering the three co-executors to finalize the Estate's affairs and file a petition for discharge within 60 days. Ray and Davis filed a motion for new trial, challenging the denial of their petition for removal, which the trial court denied. Ray and Davis then filed the instant direct appeal. We lack jurisdiction.

As a threshold matter, we note that an order of the Whitfield County Probate Court may generally be appealed directly to the Court of Appeals.[1] However, the order must be final. See OCGA § 5-6-34 (a) (1) (appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below"); OCGA § 15-9-123 (a) (the provisions of Chapter 6 of Title 5 apply to probate appeals). Here, the record contains no indication that the Estate has been fully probated or that the co-executors have been discharged. Therefore, Ray and Davis

---

[1] Under OCGA § 15-9-123 (a), a party in a civil case in "probate court" shall have the right of appeal to an appellate court without first seeking review in superior court. See *Ellis v. Johnson*, 291 Ga. 127, 128, n.1 (1) (728 SE2d 200) (2012). A "probate court" is defined as "a probate court of a county having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census[.]" OCGA § 15-9-120 (2). As of the 2020 census, Whitfield County had a population of 102,864.

were required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the probate court – to obtain review of the order denying their motion for new trial. See OCGA § 5-6-34 (b); *In re Estate of Reece*, 360 Ga. App. 364, 365-366 (861 SE2d 169) (2021).

Ray and Davis's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this premature direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*